# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TROY GRANT

VERSUS

SHERIFF MIKE CAZES AND WEST
BATON ROUGE PARISH SHERIFF'S
OFFICE

NO.   2022 CW 0565

**SEPTEMBER 12, 2022**

---

In Re:   Troy Grant, applying for supervisory writs, 18th
         Judicial District Court, Parish of West Baton Rouge,
         No. 1047170.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED AS MOOT.**

                              **JEW**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_
_____
DEPUTY CLERK OF COURT
     FOR THE COURT